670

PER CURIAM.

Tom L. Yates, of Chicago (Delbert T. Been, of counsel), for appellant.

Taylor, Miller, Magner, Sprowl, & Hutchings, of Chicago (James J. Hoffnagle, of counsel), for appellee.

JOSEPH A. THORSEN REALTORS, Plaintiff-Appellant, v. JOHN WERNER, Defendant-Appellee.

(No. 60581;

First District (3rd Division)—May 1, 1975.

PER CURIAM.

John W. Lally, of Chicago, for appellant.

Tim J. Harrington, of Chicago (Matthew N. Chaconas and Patrick J. Kilroy, Jr., of counsel), for appellee.

NATIONWIDE ADVERTISING SERVICE, INC., Plaintiff-Appellant, *v.* MARTIN J. KOLAR *et al.*, Defendants-Appellees.

(No. 60601;

First District (3rd Division)—May 1, 1975.